UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:19-cv-10672-DPW

ANDRES RAMON MELO,

    Plaintiff,

vs.

NEW DEAL FISH MARKET, INC. and
SALVATORE S. FANTASIA TR.,

    Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.

Dated this 4th day of June, 2019.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By his attorneys, | The Defendants,<br>By their attorney, |

/s/Edward N. Garno, Esq.
Edward N. Garno, Esq.
P.O. Box 643
Lowell, Massachusetts 01853
Telephone: (978) 397-2400
Facsimile: (978) 455-1817
E-mail: nedgarno@hotmail.com
Massachusetts Bar No.: 564378
Counsel for Plaintiff

/s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

/s/Kenneth I. Gordon, Esq.
Kenneth I. Gordon, Esq.
Gordon Law Office, LLC
100 Chatham Street
Boston, Massachusetts 02114
Telephone: (617) 472-4602
E-mail: kgordon@gordonlawoffice.com
Massachusetts Bar No.: 556762
Counsel for Defendants

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on June 4, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kenneth I. Gordon, Esq.

WE HEREBY CERTIFY that on June 4, 2019, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

By:   /s/Todd W. Shulby, Esq.
         FL Bar No.: 068365